FILED
APR 29 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

3

**BLUMBERG** • LORBER • NELSON LLP
137 N. Acacia Avenue
Solana Beach, California 92075
Phone 858.509.0600
Fax 858.509.0699

By: Ronald H. Blumberg (CSB No. 130557)
Aniko M. Felsen (CSB No. 231525)

Attorneys for Defendant, Payrolling.com

E-filing

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROBERT A. BROWN, an Individual

Plaintiff,

v.

GOGGLE, INC.; PAYROLLING.COM; MARISSA MAYER; and DOES 1 through 20, inclusive,

Defendants.

C05 01779 PVT

Case No.

PAYROLLING.COM'S JOINDER IN NOTICE OF REMOVAL ACTION

(Santa Clara County Superior Court Case No. 105CV036200)

BY FAX

Defendant Payrolling.com hereby joins in Google, Inc.'s Notice of Removal to this Court of the state court action described in the said Notice of Removal.

Dated: April 27, 2005

BLUMBERG • LORBER • NELSON LLP

[signature]

By: Ronald H. Blumberg
Aniko M. Felsen
Attorneys for Defendant, Payrolling.com

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, CA 94104. On April __, 2005, I served the foregoing document(s) described as: PAYROLLING.COM'S JOINDER IN NOTICE OF REMOVAL OF ACTION on the interested party(ies) below, using the following means:

Gregory M. Sheffer
The Sheffer Law Firm
160 Sansome Street, 2nd Floor
San Francisco, CA 94104

Ronald H. Blumberg
Aniko M. Felsen
Blumberg Lorber Nelson LLP
137 N. Acacia Avenue
Solana Beach, CA 92075

☐ BY PERSONAL SERVICE I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ BY UNITED STATES MAIL I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

☐ BY OVERNIGHT DELIVERY I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY MESSENGER SERVICE I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☐ BY FAX Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☐ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 29, 2005 at San Francisco, California.

Debra Payton Moore
[Print Name of Person Executing Proof]

Debra Payton Moore
[Signature]