Brown v. Google, Inc. et al Doc. 6


CATHERINE A. CONWAY (SBN 98366)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

HEATHER BURROR (SBN 205803)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Telephone: 415-765-9500
Facsimile: 415-765-9501

Attorneys for Defendants
GOOGLE INC. and MARISSA MAYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT A. BROWN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.; PAYROLLING.COM; MARISSA MAYER; and DOES 1 through 20,<br><br>Defendants. | Case No. C05 01779 PVT<br><br>**CERTIFICATE OF SERVICE OF SUPPLEMENTARY MATERIAL UNDER L.R. 4-2** |

I, Debra Payton Moore, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is: 580 California Street, Suite 1500, San Francisco, California, 94104.

3. I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day that it is deposited in the interoffice mail; and know that the postage thereon is fully prepaid.


Dockets.Justia.com

4. Following said practice, on April 29, 2005, I served copies of (a) the handbook entitled *Dispute Resolution Procedures in the Northern District of California*; (b) the Order Setting Initial Case Management Conference; (c) the Standing Orders of Hon. Victoria V. Trumbull and this Court; (d) a Case Management Statement form; (e) the Notice of Assignment to United States Magistrate Judge and consent form; and (f) the Northern District's Information Guide and ECF Registration Information Handout, by placing them in sealed envelopes addressed to counsel (addresses below) and placing the envelopes for collection and deposit with the United States postal service on that same day.

Gregory M. Sheffer
The Sheffer Law Firm
160 Sansome Street, 2nd Floor
San Francisco, CA 94104

Ronald H. Blumberg
Aniko M. Felsen
Blumberg Lorber Nelson LLP
137 N. Acacia Avenue
Solana Beach, CA 92075

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2005, at San Francisco, California.

Debra Payton Moore

Debra Payton Moore