**BLUMBERG • LORBER • NELSON LLP**
137 N. Acacia Avenue
Solana Beach, California 92075
Phone 858.509.0600
Fax 858.509.0699

By: Ronald H. Blumberg
CSB No. 130557

Attorneys for Defendant, Payrolling.com

FILED
MAY 31 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

20 RW

Filed By Fax

**UNITED STATE DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT A. BROWN, an individual,<br>Plaintiff,<br>v.<br>GOOGLE, INC.; PAYROLLING.COM; MARISSA MAYER; and DOES 1 through 20,<br>Defendants. | Case No. C05 01779 PVT<br>**DEFENDANT PAYROLLING.COM'S CORPORATE DISCLOSURE** |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1, Defendant Payrolling.com hereby states it does not have a parent corporation, and no publicly-held corporation at least owns 10% of its stock.

**BLUMBERG • LORBER • NELSON LLP**

Dated: May 31, 2005

By: Ronald H. Blumberg
Attorneys for defendant,
Payrolling.com

**PROOF OF SERVICE**

1013A (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO:

I am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 137 N. Acacia Avenue, Solana Beach, California.

On May 31, 2005, I served the foregoing document, described as **DEFENDANT PAYROLLING.COM'S CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action by placing the original true copies thereof enclosed in a sealed envelope, addressed as follows:

Gregory M. Sheffer, Esq.
The Sheffer Law Firm
160 Sansome Street, 2nd Floor
San Francisco, CA 94104

Attorneys for Plaintiff, Robert A. Brown

Catherine A. Conway, Esq.
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012

Attorneys for Defendant, Google.com

Heather Burror, Esq.
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, CA 94104-1036

Attorneys for Defendant, Google.com

[X] By mail, I deposited such envelope(s) in the mail at Solana Beach, California, with postage prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Solana Beach, California, in the ordinary course of business. I am Aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X] By facsimile, I transmitted such documents from Solana Beach, California, to the offices of the addressee(s).

[ ] By personal service, I delivered such envelope(s) by hand to the office(s) of the addressee(s).

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on May 31, 2005 at Solana Beach, California.

Elizabeth M. Standifer