UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT A. BROWN,<br><br>    Plaintiff,<br><br> v.<br><br>GOOGLE, INC., et al.,<br><br>    Defendants. | Case No.: C 05-1779 PVT<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS; AND SETTING DEADLINE FOR PARTIES TO FILE EITHER A CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE, OR ELSE A DECLINATION TO AND REQUEST FOR REASSIGNMENT** |

  On May 6, 2005, Defendants Google, Inc. and Marissa Mayer ("Defendants") filed a motion to dismiss.[1]  Pursuant to this court's standing order each party was thus required to file either a consent to Magistrate Judge jurisdiction, or else a request for reassignment, no later than May 20, 2005.[2]  To date, no party has complied.  Therefore,

  IT IS HEREBY ORDERED that, no later than June 15, 2005, all parties shall file either a Consent to Proceed Before a Magistrate Judge, or else a Declination to Proceed Before a Magistrate Judge and Request for Reassignment.  Both forms are available from the clerk of the court, or from

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] The Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (rev. 4/25/03) requires that, within two weeks after any party files a dispositive motion, all parties who have not already done so must file either a consent to Magistrate Judge jurisdiction or else a requests for reassignment to a District Court Judge.

ORDER, *page 1*

the "forms" section of the court's website (www.cand.uscourts.gov).

IT IS FURTHER ORDERED that the hearing on Defendants' motion to dismiss is continued to 10:00 a.m. on July 12, 2005.

Dated: *6/2/05*

                                         */s/ Patricia V. Trumbull*
                                         PATRICIA V. TRUMBULL
                                         United States Magistrate Judge

**United States District Court**
For the Northern District of California