**BLUMBERG • LORBER • NELSON LLP**
137 N. Acacia Avenue
Solana Beach, California 92075
Phone 858.509.0600
Fax 858.509.0699

By: Ronald H. Blumberg
CSB No. 130557

Attorneys for Defendant, Payrolling.com

ORIGINAL FILED
JUN 21 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED BY FAX

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT A. BROWN, an individual,<br><br>Plaintiff,.<br><br>v.<br><br>GOOGLE, INC.; PAYROLLING.COM; MARISSA MAYER; and DOES 1 through 20, TRUST, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. C05 01779 RMW<br><br>**DEFENDANT, PAYROLLING.COM'S FIRST AMENDED ANSWER TO PLAINTIFF, ROBERT A. BROWN'S COMPLAINT** |

COMES NOW Defendant, Payrolling.com ("Payrolling") and hereby files its first amended Answer to the complaint filed by Plaintiff, Robert A. Brown ("Plaintiff"):

**INTRODUCTION**

1. Payrolling admits that Plaintiff alleges to have brought this Complaint. Except as expressly so admitted, however, Payrolling denies each and every other allegation in Paragraph 1 of the Complaint.

**THE PARTIES**

2. Payrolling admits that Plaintiff is a natural person. Payrolling alleges, however, that it has insufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 2 of the Complaint and therefore it denies each and every other allegation contained in paragraph 2 of the Complaint.

3. Because Paragraph 3 is nothing more than a legal conclusion, no response is required, and none will be provided. To the extent that Paragraph 3 requires a response, however, Defendant denies each and every allegation contained therein.

4. Because Paragraph 4 is nothing more than a legal conclusion, no response is required, and none will be provided. To the extent that Paragraph 4 requires a response, however, Payrolling alleges that it has insufficient knowledge or information to form a belief as to the truth of the allegations and therefore it denies each and every allegation contained in Paragraph 4 of the complaint.

5. Payrolling admits that Google is a corporation that is qualified to do business in California and that it maintains its principal executive offices at 1600 Amphitheatre Parkway, in Mountain View, California. Payrolling alleges that is has insufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 5 of the Complaint and therefore it denies each and every other allegation contained in paragraph 5 of the Complaint.

6. Payrolling admits it is a duly organized business, association, or corporation authorized to exist and operate within the State of California and County of San Diego and maintains an office at 8333 Clairemont Mesa Blvd., No. 203, in San Diego, California. Except as expressly so admitted, however, Payrolling denies each and every other allegation in Paragraph 6 of the Complaint.

///

///

BLUMBERG • LORBER • NELSON LLP
137 N. Acacia Avenue
Solana Beach, CA 92075
Phone 858.509.0600
Fax 858.509.0699

7. Payrolling admits that Mayer is a natural person. Payrolling alleges, however, that it has insufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 7 of the Complaint and therefore it denies each and every other allegation contained in Paragraph 7 of the Complaint

8. Because Paragraph 8 is nothing more than a legal conclusion, no response is required, and none will be provided. To the extent that Paragraph 8 requires a response, however, Payrolling denies each and every allegation contained therein.

9. Payrolling denies each and every allegation contained in Paragraph 9 of the Complaint.

10. Payrolling denies each and every allegation contained in Paragraph 10 of the Complaint.

11. Payrolling denies each and every allegation contained in Paragraph 11 of the Complaint.

12. Payrolling denies each and every allegation contained in Paragraph 12 of the Complaint.

13. Payrolling denies each and every allegation contained in Paragraph 13 of the Complaint.

**BACKGROUND**

14. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint and therefore it denies each and every allegation contained therein.

15. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint and therefore it denies each and every allegation contained therein.

///

///

BLUMBERG • LORBER • NELSON LLP
137 N. Acacia Avenue
Solana Beach, CA 92075
Phone 858.509.0600
Fax 858.509.0699

16. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint and therefore it denies each and every allegation contained therein.

17. Not knowing to what "new hire paperwork" Plaintiff refers, Payrolling is without sufficient knowledge or information to form a belief as to the truth of this allegation. Payrolling is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 17 of the Complaint and therefore it denies each and every other allegation contained therein.

18. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 18 of the Complaint and therefore it denies each and every allegation contained therein.

19. Payrolling admits that Plaintiff was an "at-will" employee, and that Plaintiff was paid at an hourly wage. Except as expressly so admitted, Payrolling is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore denies each and every other allegation contained in Paragraph 19 of the Complaint.

20. Payrolling admits that Plaintiff began his assignment at Google on or about September 3, 2002, and that he was paid $17.00 per hour. Except as expressly so admitted, Payrolling is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore denies each and every other allegation contained in Paragraph 20 of the Complaint.

21. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 21 of the Complaint and therefore it denies each and every allegation contained therein.

///

///

BLUMBERG • LORBER • NELSON LLP
137 N. Acacia Avenue
Solana Beach, CA 92075
Phone 858.509.0600
Fax 858.509.0699

22. Payrolling admits that Plaintiff received a wage increase on or about April 21, 2003 to $21.00 per hour. Except as expressly so admitted, Payrolling is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore denies each and every other allegation contained in Paragraph 22 of the Complaint.

23. Payrolling admits that Plaintiff's assignment at Google ended on or about May 14, 2004. Except as expressly so admitted, Payrolling is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore denies each and every other allegation contained in Paragraph 23 of the Complaint.

24. Payrolling admits that it was Plaintiff's "general" employer. Except as expressly so admitted, Payrolling is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore denies each and every other allegation contained in Paragraph 24 of the Complaint.

**FIRST CAUSE OF ACTION**

25. Payrolling repleads and incorporates by reference herein to the same extent as previously pled Paragraphs 1 through 24 of its Answer, above.

26. Payrolling admits that Google forwarded Plaintiff's time sheets to Payrolling, but is without sufficient knowledge or information to form a belief as to the truth of the other aspect of this particular allegation. To the extent the allegations in Paragraph 26 of the Complaint purport to state the contents of the time sheets referenced therein, Payrolling is unable to attest to their contents which should speak for themselves. Except as expressly so admitted, Payrolling is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore denies each and every other allegation contained in Paragraph 26 of the Complaint.

27. Payrolling denies each and every allegation contained in Paragraph 27 of the Complaint.

BLUMBERG • LORBER • NELSON LLP
137 N. Acacia Avenue
Solana Beach, CA 92075
Phone 858.509.0600
Fax 858.509.0699

28. Payrolling denies each and every allegation contained in Paragraph 28 of the Complaint.

29. Payrolling denies each and every allegation contained in Paragraph 29 of the Complaint.

**SECOND CAUSE OF ACTION**

30. Payrolling repleads and incorporates by reference herein to the same extent as previously pled Paragraphs 1 through 24 of its Answer, above.

31. Payrolling denies each and every allegation contained in Paragraph 31 of the Complaint.

32. Payrolling denies each and every allegation contained in Paragraph 32 of the Complaint.

33. Payrolling denies each and every allegation contained in Paragraph 33 of the Complaint.

34. Payrolling denies each and every allegation contained in Paragraph 34 of the Complaint.

35. Payrolling denies each and every allegation contained in Paragraph 35 of the Complaint.

**THIRD CAUSE OF ACTION**

36. Payrolling repleads and incorporates by reference herein to the same extent as previously pled Paragraphs 1 through 24 of its Answer, above.

37. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 37 of the Complaint and therefore it denies each and every allegation contained therein.

38. Payrolling admits that Google forwarded Plaintiff's time sheets to Payrolling. Except as expressly so admitted, Payrolling is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore denies

BLUMBERG • LORBER • NELSON LLP
137 N. Acacia Avenue
Solana Beach, CA 92075
Phone 858.509.0600
Fax 858.509.0699

each and every other allegation contained in Paragraph 38 of the Complaint.

39. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 39 of the Complaint and therefore it denies each and every allegation contained therein.

40. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 40 of the Complaint and therefore it denies each and every allegation contained therein.

41. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 41of the Complaint and therefore it denies each and every allegation contained therein.

42. Payrolling denies each and every allegation contained in Paragraph 42 of the Complaint.

43. Payrolling denies each and every allegation contained in Paragraph 43 of the Complaint.

**FOURTH CAUSE OF ACTION**

44. Payrolling repleads and incorporates by reference herein to the same extent as previously pled Paragraphs 1 through 24 of its Answer, above.

45. Because Paragraph 45 is nothing more than a legal conclusion, no response is required, and none will be provided. To the extent that Paragraph 45 requires a response, however, Payrolling denies each and every allegation contained therein.

46. Payrolling admits that Plaintiff's assignment at Google ended on or about May 14, 2004. Except as expressly so admitted, Payrolling is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore denies each and every other allegation contained in Paragraph 46 of the Complaint.

47. Payrolling denies each and every allegation contained in Paragraph 47 of the Complaint.

BLUMBERG • LORBER • NELSON LLP
137 N. Acacia Avenue
Solana Beach, CA 92075
Phone 858.509.0600
Fax 858.509.0699

48. Payrolling denies each and every allegation contained in Paragraph 48 of the Complaint.

## FIFTH CAUSE OF ACTION

49. Payrolling repleads and incorporates by reference herein to the same extent as previously pled Paragraphs 1 through 24 of its Answer, above.

50. Payrolling admits that it was Plaintiff's "general"employer. Except as expressly so admitted, Payrolling is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore denies each and every other allegation contained in Paragraph 50 of the Complaint.

51. Payrolling denies each and every allegation contained in Paragraph 51 of the Complaint.

52. Payrolling denies each and every other allegation contained in Paragraph 52 of the Complaint.

53. Payrolling denies each and every allegation contained in Paragraph 53 of the Complaint.

54. Payrolling denies each and every allegation contained in Paragraph 54 of the Complaint.

55. Payrolling denies each and every allegation contained in Paragraph 55 of the Complaint.

56. Payrolling denies each and every allegation contained in Paragraph 56 of the Complaint.

57. Payrolling denies each and every allegation contained in Paragraph 57 of the Complaint.

## SIXTH CAUSE OF ACTION

58. Payrolling repleads and incorporates by reference herein to the same extent as previously pled Paragraphs 1 through 24 of its Answer, above.



BLUMBERG • LORBER • NELSON LLP
137 N. Acacia Avenue
Solana Beach, CA 92075
Phone 858.509.0600
Fax 858.509.0699

59. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 59 of the Complaint and therefore it denies each and every allegation contained therein.

60. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 60 of the Complaint and therefore it denies each and every allegation contained therein.

61. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 61 of the Complaint and therefore it denies each and every allegation contained therein.

62. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 62 of the Complaint and therefore it denies each and every allegation contained therein.

63. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 63 of the Complaint and therefore it denies each and every allegation contained therein.

64. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 64 of the Complaint and therefore it denies each and every allegation contained therein.

65. Payrolling denies each and every allegation contained in Paragraph 65 of the Complaint.

66. Payrolling denies each and every allegation contained in Paragraph 66 of the Complaint.

67. Payrolling denies each and every allegation contained in Paragraph 67 of the Complaint.

68. Payrolling denies each and every allegation contained in Paragraph 68 of the Complaint.



BLUMBERG • LORBER • NELSON LLP
137 N. Acacia Avenue
Solana Beach, CA 92075
Phone 858.509.0600
Fax 858.509.0699

69. Payrolling denies each and every allegation contained in Paragraph 69 of the Complaint.

70. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 70 of the Complaint and therefore it denies each and every allegation contained therein.

71. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 71 of the Complaint and therefore it denies each and every allegation contained therein.

72. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 72 of the Complaint and therefore it denies each and every allegation contained therein.

73. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 73 of the Complaint and therefore it denies each and every allegation contained therein.

74. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 74 of the Complaint and therefore it denies each and every allegation contained therein.

75. Payrolling denies each and every allegation contained in Paragraph 75 of the Complaint.

76. Payrolling denies each and every allegation contained in Paragraph 76 of the Complaint.

77. Payrolling denies each and every allegation contained in Paragraph 77 of the Complaint.

78. Payrolling denies each and every allegation contained in Paragraph 78 of the Complaint.

79. Payrolling denies each and every allegation contained in Paragraph 79 of



BLUMBERG • LORBER • NELSON LLP
137 N. Acacia Avenue
Solana Beach, CA 92075
Phone 858.509.0600
Fax 858.509.0699

the Complaint.

80. Payrolling denies each and every allegation contained in Paragraph 80 of the Complaint.

81. Payrolling denies each and every allegation contained in Paragraph 81 of the Complaint.

82. Payrolling denies each and every allegation contained in Paragraph 82 of the Complaint.

83. Payrolling denies each and every allegation contained in Paragraph 83 of the Complaint.

84. Payrolling denies each and every allegation contained in Paragraph 84of the Complaint.

**SEVENTH CAUSE OF ACTION**

85. Payrolling repleads and incorporates by reference herein to the same extent as previously pled Paragraphs 1 through 24 of its Answer, above.

86. Payrolling denies each and every allegation contained in Paragraph 86 of the Complaint.

87. Payrolling denies each and every allegation contained in Paragraph 87 of the Complaint.

88. Payrolling denies each and every allegation contained in Paragraph 83 of the Complaint.

89. Payrolling denies each and every allegation contained in Paragraph 89 of the Complaint.

90. Payrolling denies each and every allegation contained in Paragraph 90 of the Complaint.

**EIGHTH CAUSE OF ACTION**

91. Payrolling has filed a Joinder to Co-Defendant Google's Motion to Dismiss



BLUMBERG • LORBER • NELSON LLP
137 N. Acacia Avenue
Solana Beach, CA 92075
Phone 858.509.0600
Fax 858.509.0699

Plaintiff's Eighth Cause of Action because it fails to state a claim upon which relief can be granted under Federal Rules of Civil Procedure, Rule 12(b)(6) and because Plaintiff failed to exhaust the applicable administrative remedies. Accordingly, Payrolling is not required to respond to Paragraphs 91-106 of the Complaint at this time, and therefore provides no substantive response herein.

**NINTH CAUSE OF ACTION**

92. Payrolling repleads and incorporates by reference herein to the same extent as previously pled Paragraphs 1 through 24 of its Answer, above.

93. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 108 of the Complaint and therefore it denies each and every allegation contained therein.

94. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 109 of the Complaint and therefore it denies each and every allegation contained therein.

95. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 110 of the Complaint and therefore it denies each and every allegation contained therein.

96. Payrolling alleges it is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 111 of the Complaint and therefore it denies each and every allegation contained therein.

97. Payrolling denies each and every allegation contained in Paragraph 112 of the Complaint.

98. Payrolling denies each and every allegation contained in Paragraph 113 of the Complaint.

99. Payrolling denies each and every allegation contained in Paragraph 114 of the Complaint.



BLUMBERG • LORBER • NELSON LLP
137 N. Acacia Avenue
Solana Beach, CA 92075
Phone 858.509.0600
Fax 858.509.0699

100. Payrolling denies each and every allegation contained in Paragraph 115 of the Complaint.

101. Payrolling denies each and every allegation contained in Paragraph 116 of the Complaint.

102. Payrolling denies each and every allegation contained in Paragraph 117 of the Complaint.

**TENTH CAUSE OF ACTION**

103. Payrolling has filed a Joinder to Co-Defendant Google's Motion to Dismiss Plaintiff's Tenth Cause of Action because it fails to state a claim upon which relief can be granted under Federal Rules of Civil Procedure, Rule 12(b)(6) because it is wholly duplicative of Plaintiff's Second, Third and Fourth Causes of Action. Accordingly, Payrolling is not required to respond to Paragraphs 118-120 of the Complaint at this time, and therefore provides no substantive response herein.

**ELEVENTH CAUSE OF ACTION**

104. Payrolling repleads and incorporates by reference herein to the same extent as previously pled Paragraphs 1 through 24 of its Answer, above.

105. Because Paragraph 122 is nothing more than a legal conclusion, no response is required, and none will be provided. To the extent that Paragraph 122 requires a response, however, Payrolling denies each and every allegation contained therein.

106. Payrolling denies each and every allegation contained in Paragraph 123 of the Complaint.

107. Payrolling denies each and every allegation contained in Paragraph 124 of the Complaint.

108. Payrolling denies each and every allegation contained in Paragraph 125 of the Complaint.

109. Payrolling denies each and every allegation contained in Paragraph 126 of

BLUMBERG • LORBER • NELSON LLP
137 N. Acacia Avenue
Solana Beach, CA 92075
Phone 858.509.0600
Fax 858.509.0699

the Complaint.

110. Payrolling denies each and every allegation contained in Paragraph 127 of the Complaint.

111. Payrolling denies each and every allegation contained in Paragraph 128 of the Complaint.

112. Payrolling denies that Plaintiff is entitled to any of the relief sought in his Complaint for which he prays at page 17, lines 12-16.

Further answering the Complaint, Payrolling pleads the following separate and additional defenses:

**DEFENSES**

**FIRST DEFENSE**

(Failure to State a Claim)

1. Plaintiff has failed to state a claim for which relief can be granted.

**SECOND DEFENSE**

(Late Filed Complaint)

2. Plaintiff's claims are barred in whole or in part by the applicable statutes of limitation, including, but not limited to, California Code of Civil Procedure §§ 335.1, 338, 339 and 340 and California Business and Professions Code § 17208.

**THIRD DEFENSE**

(Federal Preemption)

3. Plaintiff's claims are barred in whole or in part as preempted or exclusively governed by the Employee Retirement Income Security Act ("ERISA") of 1974, 29 U.S.C. § 1001, *et seq.*



BLUMBERG • LORBER • NELSON LLP
137 N. Acacia Avenue
Solana Beach, CA 92075
Phone 858.509.0600
Fax 858.509.0699

**FOURTH DEFENSE**

(Failure to Exhaust Administrative Remedies)

4. Plaintiff's claims are barred in whole or in part to the extent Plaintiff failed to exhaust the required administrative remedies.

**FIFTH DEFENSE**

(Improper Party)

5. With respect to plaintiff's claim for ERISA benefits, Payrolling is not a proper party herein.

**SIXTH DEFENSE**

(Necessity of Arbitration)

6. Plaintiff's claims are barred in whole or in part to the extent that Plaintiff has failed to meet his contractual obligations to arbitrate this dispute.

**SEVENTH**

(Duplicative Claims)

7. Plaintiff is precluded from asserting his fraud claims to the extent they are entirely duplicative of his breach of contract claims.

**EIGHTH DEFENSE**

(Failure to Plead Fraud with Particularity)

8. Plaintiff is barred from recovering on his purported fraud claims because he has failed to plead with the requisite particularity.

**NINTH DEFENSE**

(Good Faith Effort)

9. Plaintiff's claims are barred in whole or in part because Payrolling and its agents acted in good faith at all times.

///

///



BLUMBERG • LORBER • NELSON LLP
137 N. Acacia Avenue
Solana Beach, CA 92075
Phone 858.509.0600
Fax 858.509.0699

**TENTH DEFENSE**

(Informed Consent)

10. Plaintiff's claims are barred in whole or in part to the extent that Plaintiff consented to the alleged conduct of Payrolling.

**ELEVENTH DEFENSE**

(Failure to Mitigate)

11. Plaintiff failed to mitigate his damages and thus Payrolling is not responsible for any damages Plaintiff could have avoided.

**TWELFTH DEFENSE**

(Equitable Doctrines)

12. Plaintiff's claims are barred in whole or in part by the doctrines of waiver, release, payment, accord and satisfaction, estoppel, unclean hands and/or laches.

Payrolling reserves the right to amend its Answer to allege any additional defenses as may later become available or apparent. Further, Payrolling reserves the right to withdraw any defenses that it subsequently determines to be inapplicable. Nothing stated in the foregoing defenses constitutes a concession that Payrolling bears any burden of proof on any issue on which it would not otherwise bear such burden.

WHEREFORE, Defendant, Payrolling.com prays for judgment as follows:

1. That all relief requested in the Complaint be denied;

2. That Plaintiff take nothing by virtue of this action;

3. That the Complaint be dismissed;

4. For costs of suit and attorney's fees incurred herein; and

///

///

///



BLUMBERG • LORBER • NELSON LLP
137 N. Acacia Avenue
Solana Beach, CA 92075
Phone 858.509.0600
Fax 858.509.0699

5. For such other and further relief as the Court may deem proper.

BLUMBERG • LORBER • NELSON LLP

Dated: 06/20/05

By: Ronald H. Blumberg
Attorneys for Defendant,
Payrolling.com



BLUMBERG • LORBER • NELSON LLP
137 N. Acacia Avenue
Solana Beach, CA 92075
Phone 858.509.0600
Fax 858.509.0699